21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Evan Shelby, Mr. John F. Finerty* and *Mr. John E. Walker* for petitioner. *Mr. Emory R. Buckner* for respondent.

---

No. 914. DETROIT CARRIER & MANUFACTURING COMPANY *v.* JOHN G. PERRIN. April 21, 1924. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Melville Church* for petitioner. *Mr. Albert M. Austin* for respondent.

---

No. 916. LEON SIGMAN *v.* MABEL G. REINECKE, ETC., COLLECTOR OF INTERNAL REVENUE. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. M. Sternhagen* and *Mr. Arnold R. Baar* for petitioner. *Mr. Solicitor General Beck* for respondent.

---

No. 781. EASTMAN KODAK COMPANY OF NEW YORK *v.* SOUTHERN PHOTO MATERIALS COMPANY. Error to the Circuit Court of Appeals for the Fifth Circuit. April 21, 1924. Petition for a writ of certiorari herein denied. *Mr. John W. Davis, Mr. Alex. W. Smith, Mr. Frank L. Crawford* and *Mr. Clarence P. Moser,* for plaintiff in error, in support of the petition. *Mr. Daniel MacDougald,* for defendant in error, in opposition to the petition.

---

No. 926. W. & A. FLETCHER COMPANY *v.* INTERNATIONAL MERCANTILE MARINE COMPANY. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ira A. Campbell, Mr. John M. Woolsey* and *Mr. Clarence Bishop*